**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ARCHIE W. HENRY                                                                                    PLAINTIFF

v.                                    4:13CV00306-JMM-JJV (LEAD)
                                      4:13CV00307-DPM-HDY (consolidated)

MATT HALL, Jail Administrator,
Craighead County Jail; *et al.*                                                          DEFENDANTS

<u>**AMENDED AND SUBSTITUTED ORDER**</u>

The Court finds that the interests of justice would be best served by transferring this case

from the Western Division to the Jonesboro Division of the United States District Court for the

Eastern District of Arkansas.  Venue would be proper in the Jonesboro Division, as Defendants are

located there and the events complained of allegedly occurred there.  *See* 28 U.S.C. § 1406(a).[1]

The Clerk of the Court shall TRANSFER PLAINTIFF'S ENTIRE CASE FILES to the

Eastern District of Arkansas, Jonesboro Division, 615 South Main Street, Room 312, Jonesboro, AR

72401.

IT IS SO ORDERED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  *Id.*