**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY                                                                               PLAINTIFF

v.                        3:13CV00146-JMM-JJV (LEAD)
                           3:13CV00147-JMM-JJV (consolidated)

MATT HALL, Jail Administrator,
Craighead County Jail; *et al.*                                        DEFENDANTS

**ORDER**

Plaintiff Archie Henry, an inmate at the Craighead County Detention Facility, filed this action *pro se* pursuant to 42 U.S.C. § 1983. However, his Complaint was unaccompanied by a filing fee or a properly completed Application to Proceed Without Prepayment of Fees and Affidavit (Application). If Plaintiff intends to pursue this matter, he must pay the statutory filing fee of $400 or submit a properly completed Application.[1]

Under the Prison Litigation Reform Act of 1995 ("PLRA"), a prisoner who is permitted to file a civil action *in forma pauperis* still must pay the full statutory filing fee of $350. 28 U.S.C. § 1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed to proceed with his § 1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune**

---

[1] Effective May 1, 2013, the statutory filing fee increased to $400, due to the implementation of a $50 administrative fee. This fee, however, does not apply to plaintiffs who are granted *in forma pauperis* status.

**from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

The PLRA requires that Plaintiff submit a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit, along with a calculation sheet prepared and signed by an authorized officer of the detention center. Plaintiff must submit, within thirty (30) days from entry of this Order, either: (1) the statutory filing fee of $400; or (2) a proper and complete Application, **with the required calculation sheet signed by an authorized official of the detention center at which he is confined**.

IT IS THEREFORE ORDERED that:

1. The Clerk shall mail to Plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit and calculation sheet.

2. Plaintiff shall submit within thirty (30) days of entry of this Order either: (1) the $400 statutory filing fee; or (2) a proper and complete Application, with the required calculation sheet completed and signed by an authorized prison official. Failure to do so may result in dismissal of this action without prejudice for failure to prosecute, pursuant to Local Rule 5.5(c)(2).

3. The Clerk shall send a copy of this Order to the Craighead County Detention Facility, 901 Willett Road, Jonesboro, AR 72401.

4. Service is not appropriate at this time.

IT IS SO ORDERED this 12th day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE