**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY,
ADC #073852                                                                                          PLAINTIFF

v.                                              3:13CV00146-JMM-JJV

MATT HALL, Jail Administrator,
Craighead County Jail; *et al*.                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants Marty Boyd and Brent Duncan are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

DATED this 21st day of October, 2013.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE