**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY,
ADC #073852                                                                   PLAINTIFF

v.                       3:13CV00146-JMM-JJV

MATT HALL, Jail Administrator,
Craighead County Jail; *et al*.                                  DEFENDANTS

**ORDER**

The Clerk of the Court shall prepare Summons for Defendants Tracy Reece and Chasity Jackson, and the United States Marshal shall serve a copy of the Summons and Amended Complaint (Doc. No. 14) on Defendants at the addresses provided under seal (Doc. No. 40), without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 28th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1