**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY,                                                                                       PLAINTIFF
ADC #073852

v.                                          3:13CV00146-JM-JJV

MATT HALL, Jail Administrator,
Craighead County Jail; *et al*.                                                                    DEFENDANTS

### ORDER

Defendants have provided to the Court, under seal, the last-known address of Defendant Dr. Troxel (Doc. No. 56).

The Clerk shall issue summons, and the United States Marshal shall serve a copy of the summons and Amended Complaint (Doc. No. 14) on Defendant Troxel, at the addresses provided under seal, without prepayment of fees and costs and security therefore.

IT IS SO ORDERED this 12th day of March, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE