**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY                                                                                          PLAINTIFF

v.                         3:13CV00146-JM-JJV (LEAD)
                           3:13CV00147 -JM-JJV (CONSOL)

MATT HALL, Jail Administrator,
Craighead County Jail; *et al*.                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Motions for Summary Judgment (Doc. Nos. 80-83) are DENIED;

2.      Defendants' Motions for Summary Judgment (Doc. Nos. 88, 92) are GRANTED;

3.      Plaintiff's Complaint is DISMISSED with prejudice.

DATED this 2nd day of December, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE